**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

IN RE: Rocco Panetta                                  CASE NO.: 14–35295–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 7
xxx–xx–6312

---

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Mark S. Tulis is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 27, 2014

                                    Cecelia G. Morris, Bankruptcy Judge