**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

IN RE: Rocco Panetta                                  CASE NO.: 14−35295−cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  7
xxx−xx−6312

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Mark S. Tulis is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 27, 2014

                                            Cecelia G. Morris, Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

In re:                                                                                          Case No. 14-35295-cgm
Rocco Panetta                                                                                   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-4    User: jlachappe    Page 1 of 1    Date Rcvd: May 27, 2014
                      Form ID: 149    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2014.
db             +Rocco Panetta,    1094 Albany Post Road,    Gardiner, NY 12525-5501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2014 at the address(es) listed below:
         Mark S. Tulis    mtulis@oxmanlaw.com, ppucci@oxmanlaw.com;NY47@ecfcbis.com
         Thomas J. Minotti    on behalf of Debtor Rocco  Panetta thomas@hudsonvalleyhope.com,
          karen@hudsonvalleyhope.com;melissa@hudsonvalleyhope.com
         United States Trustee    USTPRegion02.PK.ECF@USDOJ.GOV
                                                                                                                                                                                      TOTAL: 3